# EXHIBIT A

RPTL730   Form #UCS 901, Rev 12/2014

## DECISION OF HEARING OFFICER

Prepare in triplicate. Complete within 30 days of date of hearing. Send one copy to the petitioner's representative or the petitioner if not represented, one copy to the Individual representing the assessing jurisdiction, and the original and one copy to the assessment review clerk.

Date hearing held __02/13/2025__                    Date settled _____

### PART I - CASE IDENTIFICATION

Supreme Court, County of:___NASSAU___ Assessment Review Filing #___ER24700351___ Calendar #_____

Name of owner or owners:_Reggynald Brutus_

Address:_32 MILBURN CT_

City/State/Zip Code:_FREEPORT, NY 11520_

Assessing Unit:_Freeport Village Of_

Tax Map#_____Section ___54___ Block ___486___ Lot___0001___

### PART II - DECISION

DISPOSITION - Check 1, 2, 3, 4 or 5
1. [ ] Disqualified (check appropriate box below)
   a.   More than three family
   b.   Not owner-occupied
   c.   Property not used exclusively for residential purposes
   d.   Cooperative
   e.   Condominium, other than a condominium designated as Class I in Nassau County or as a "homestead" in an approved assessing unit
   f.   Did not file with Board of Assessment Review
   g.   Did not file within 30 days of filing of final roll
   h.   Other, state reasons

### NOTICE OF DISQUALIFICATION AND RIGHT TO JUDICIAL REVIEW

If one or more of the reasons set forth in numbers 1a through 1h (above) is checked, this petition did not qualify for review under the Small Claims Assessment Review Program pursuant to Section 730 of the Real Property Tax Law. Pursuant to Section 733 of the Real Property Tax Law, you may seek judicial review of the disqualification of this petition within 30 days of receipt of this notice.

| | | FINAL ASSESSMENT ROLL | CLAIMED ASSESSMENT | DECISION BY HEARING OFFICER |
|---|---|---|---|---|
| 2. [X] Unequal Assessment | Total Assessment | $ 6,800.00 | $ 1.00 | $ 6,173.00 |
| 3. [ ] Excessive Assessment | Exempt Amount | $ | $ | $ |
| 4. [ ] No Change in Assessment | Taxable | $ | $ | $ |
| 5. [ ] Settled pursuant to an agreement of both parties. | | $ | $ | $ |

RPTL730   Form #UCS 901, Rev 12/2014                                                                    Page 2 of 2

COSTS

AWARD OF COSTS (Check if applicable)

☒ Costs of $ _____30.00_____ are awarded to the petitioner, to be paid by the assessing unit.

Note to Hearing Officer: If the decision reduces the assessment by 50 percent or more of the claimed reduction in assessment, you MUST award costs of $30.00. If the decision reduces the assessment by less that 50 percent of the claimed reduction in assessment, you MAY award costs of up to $30.00.

NOTICE OF REQUIRED ACTION BY ASSESSING AND TAXING JURISDICTIONS

This decision grants your petition in whole or in part. The assessment will be changed, if possible, before the levy of taxes, or a refund of taxes will be made within 90 days of the date of this decision. Attached is a list of the name(s) of the person(s) or department(s) in this county responsible for taking this action. Compare the names of the taxing jurisdictions listed in PART III of your petition with the name(s) listed in the attachment to determine the appropriate person(s) or department(s) to be contacted, if the need arises.

State below, the findings of fact concerning the assessment, and the basis for your decision.

In consideration of the Petitioners evidence in challenging the current Residential Assessment Ratio ("RAR") of the Village of Freeport, which includes but is not limited to a Residential Assessment To Sale Ratio Study, New York State Property Tax Law, relevant case law, and other supplementary evidence, the existing rate shall be used.

The market valuation date is   1/2/2023                .
The proper level of assessment valuation rate is .99%.

The subject property is presently assessed at $6800 which equates to an assessed market value of $686,176.00. An adjustment is warranted.

The best evidence of market value as of the valuation date are the petitioner's adjusted comps numbers 3 and 4 and the respondent's adjusted comps numbers 1, 2 and 3. When averaged, placing greater weight on those comps which most closely approximate the valuation date, GLA, style and location, such sales reflect a market value of $623,583.00 which equates with an assessed value of $6173.00

Signature

RPTL730   Form #UCS 901, Rev 12/2014

## DECISION OF HEARING OFFICER

Prepare in triplicate. Complete within 30 days of date of hearing. Send one copy to the petitioner's representative or the petitioner if not represented, one copy to the Individual representing the assessing jurisdiction, and the original and one copy to the assessment review clerk.

Date hearing held __02/13/2025__                              Date settled _____

### PART I - CASE IDENTIFICATION

Supreme Court, County of: __NASSAU__   Assessment Review Filing # __ER24700347__   Calendar # _____

Name of owner or owners: __Andrea Frame__

Address: __284 PUTNAM AVE__

City/State/Zip Code: __FREEPORT, NY 11520__

Assessing Unit: __Freeport Village Of__

Tax Map# _____ Section __55__   Block __151__   Lot __0024__

### PART II - DECISION

DISPOSITION - Check 1, 2, 3, 4 or 5
1. ☐ Disqualified (check appropriate box below)
   a.   More than three family
   b.   Not owner-occupied
   c.   Property not used exclusively for residential purposes
   d.   Cooperative
   e.   Condominium, other than a condominium designated as Class I in Nassau County or as a "homestead" in an approved assessing unit
   f.   Did not file with Board of Assessment Review
   g.   Did not file within 30 days of filing of final roll
   h.   Other, state reasons

### NOTICE OF DISQUALIFICATION AND RIGHT TO JUDICIAL REVIEW

If one or more of the reasons set forth in numbers 1a through 1h (above) is checked, this petition did not qualify for review under the Small Claims Assessment Review Program pursuant to Section 730 of the Real Property Tax Law. Pursuant to Section 733 of the Real Property Tax Law, you may seek judicial review of the disqualification of this petition within 30 days of receipt of this notice.

| | | FINAL ASSESSMENT ROLL | CLAIMED ASSESSMENT | DECISION BY HEARING OFFICER |
|---|---|---|---|---|
| 2. ☒ Unequal Assessment | Total Assessment | $ 7,350.00 | $ 1.00 | $ 6,532.00 |
| 3. ☐ Excessive Assessment | Exempt Amount | $ | $ | $ |
| 4. ☐ No Change in Assessment | Taxable | $ | $ | $ |
| 5. ☐ Settled pursuant to an agreement of both parties. | | $ | $ | $ |

RPTL730   Form #UCS 901, Rev 12/2014                                                                        Page 2 of 2

COSTS

AWARD OF COSTS (Check if applicable)
☒ Costs of $ _____30.00_____ are awarded to the petitioner, to be paid by the assessing unit.

Note to Hearing Officer: If the decision reduces the assessment by 50 percent or more of the claimed reduction in assessment, you MUST award costs of $30.00. If the decision reduces the assessment by less that 50 percent of the claimed reduction in assessment, you MAY award costs of up to $30.00.

NOTICE OF REQUIRED ACTION BY ASSESSING AND TAXING JURISDICTIONS
This decision grants your petition in whole or in part. The assessment will be changed, if possible, before the levy of taxes, or a refund of taxes will be made within 90 days of the date of this decision. Attached is a list of the name(s) of the person(s) or department(s) in this county responsible for taking this action. Compare the names of the taxing jurisdictions listed in PART III of your petition with the name(s) listed in the attachment to determine the appropriate person(s) or department(s) to be contacted, if the need arises.

State below, the findings of fact concerning the assessment, and the basis for your decision.

In consideration of the Petitioners evidence in challenging the current Residential Assessment Ratio ("RAR") of the Village of Freeport, which includes but is not limited to a Residential Assessment To Sale Ratio Study, New York State Property Tax Law, relevant case law, and other supplementary evidence, the existing rate shall be used.

The market valuation date is   1/2/2023                    .
The proper level of assessment valuation rate is .99%.

The subject property is presently assessed at $7350 which equates to an assessed market value of $741,675.00. An adjustment is warranted.

The best evidence of market value as of the valuation date are the petitioner's adjusted comps numbers 1 and 3 and the respondent's adjusted comps numbers 1 and 3. When averaged, placing greater weight on those comps which most closely approximate the valuation date, GLA, style and location, such sales reflect a market value of $659,750.00 which equates with an assessed value of $6532.00

Signature

RPTL730  Form #UCS 901, Rev 12/2014

## DECISION OF HEARING OFFICER

Prepare in triplicate. Complete within 30 days of date of hearing. Send one copy to the petitioner's representative or the petitioner if not represented, one copy to the Individual representing the assessing jurisdiction, and the original and one  copy  to the assessment review clerk.

Date hearing held  02/13/2025                                          Date settled _____

### PART I - CASE IDENTIFICATION

Supreme Court, County of:_____NASSAU_____ Assessment Review Filing # ___ER24700345___ Calendar #_____

Name of owner or owners: Ebonystar Nurse-Brownell, Melinda Nurse-Brownell

Address: 277 MOORE AVE

City/State/Zip Code: FREEPORT, NY 11520

Assessing Unit: Freeport Village Of

Tax Map#_____Section ____36____ Block ____521____ Lot____0030____

### PART II - DECISION

DISPOSITION - Check 1, 2, 3, 4 or 5
1. ☐ Disqualified (check appropriate box below)
    a.    More than three family
    b.    Not owner-occupied
    c.    Property not used exclusively for residential purposes
    d.    Cooperative
    e.    Condominium, other than a condominium designated as Class I in Nassau County or as a "homestead" in an approved assessing unit
    f.    Did not file with Board of Assessment Review
    g.    Did not file within 30 days of filing of final roll
    h.    Other, state reasons

### NOTICE OF DISQUALIFICATION AND RIGHT TO JUDICIAL REVIEW

If one or more of the reasons set forth in numbers 1a through 1h (above) is checked, this petition did not qualify for review under the Small Claims  Assessment Review Program pursuant to Section 730 of the Real Property Tax Law. Pursuant to Section 733 of the Real Property Tax Law, you may seek judicial review of the disqualification of this petition within 30 days of receipt of this notice.

| | | FINAL ASSESSMENT ROLL | CLAIMED ASSESSMENT | DECISION BY HEARING OFFICER |
|---|---|---|---|---|
| 2. ☒ Unequal Assessment | Total Assessment | $ 7,920.00 | $ 5,940.00 | $ 6,532.00 |
| 3. ☐ Excessive Assessment | Exempt Amount | $ | $ | $ |
| 4. ☐ No Change in Assessment | Taxable | $ | $ | $ |
| 5. ☐ Settled pursuant to an agreement of both parties. | | $ | $ | $ |

RPTL730  Form #UCS 901, Rev 12/2014                                                                                    Page 2 of 2

COSTS

AWARD OF COSTS (Check if applicable)

☒ Costs of $ _____30.00_____ are awarded to the petitioner, to be paid by the assessing unit.

Note to Hearing Officer: If the decision reduces the assessment by 50 percent or more of the claimed reduction in assessment, you MUST award costs of $30.00. If the decision reduces the assessment by less that 50 percent of the claimed reduction in assessment, you MAY award costs of up to $30.00.

NOTICE OF REQUIRED ACTION BY ASSESSING AND TAXING JURISDICTIONS

This decision grants your petition in whole or in part. The assessment will be changed, if possible, before the levy of taxes, or a refund of taxes will be made within 90 days of the date of this decision. Attached is a list of the name(s) of the person(s) or department(s) in this county responsible for taking this action. Compare the names of the taxing jurisdictions listed in PART III of your petition with the name(s) listed in the attachment to determine the appropriate person(s) or department(s) to be contacted, if the need arises.

State below, the findings of fact concerning the assessment, and the basis for your decision.

In consideration of the Petitioners evidence in challenging the current Residential Assessment Ratio ("RAR") of the Village of Freeport, which includes but is not limited to a Residential Assessment To Sale Ratio Study, New York State Property Tax Law, relevant case law, and other supplementary evidence, the existing rate shall be used.

The market valuation date is   1/2/2023                .
The proper level of assessment valuation rate is .99%.

The subject property is presently assessed at $7920 which equates to an assessed market value of $799,193.00. An adjustment is warranted.

The best evidence of market value as of the valuation date are the petitioner's adjusted comps numbers 1 and 4 and the respondent's adjusted comps numbers 2 and 3. When averaged, placing greater weight on those comps which most closely approximate the valuation date, GLA, style and location, such sales reflect a market value of $659,750.00 which equates with an assessed value of $6532.00

Signature

RPTL730   Form #UCS 901, Rev 12/2014

## DECISION OF HEARING OFFICER

Prepare in triplicate. Complete within 30 days of date of hearing. Send one copy to the petitioner's representative or the petitioner if not represented, one copy to the Individual representing the assessing jurisdiction, and the original and one copy to the assessment review clerk.

Date hearing held __02/13/2025__                    Date settled _____

### PART I - CASE IDENTIFICATION

Supreme Court, County of: __NASSAU__   Assessment Review Filing # __ER24700345__   Calendar # _____

Name of owner or owners: __Ebonystar Nurse-Brownell, Melinda Nurse-Brownell__

Address: __277 MOORE AVE__

City/State/Zip Code: __FREEPORT, NY 11520__

Assessing Unit: __Freeport Village Of__

Tax Map# _____ Section __36__   Block __521__   Lot __0030__

### PART II - DECISION

DISPOSITION - Check 1, 2, 3, 4 or 5
1. ☐ Disqualified (check appropriate box below)
   a.   More than three family
   b.   Not owner-occupied
   c.   Property not used exclusively for residential purposes
   d.   Cooperative
   e.   Condominium, other than a condominium designated as Class I in Nassau County or as a "homestead" in an approved assessing unit
   f.   Did not file with Board of Assessment Review
   g.   Did not file within 30 days of filing of final roll
   h.   Other, state reasons

### NOTICE OF DISQUALIFICATION AND RIGHT TO JUDICIAL REVIEW

If one or more of the reasons set forth in numbers 1a through 1h (above) is checked, this petition did not qualify for review under the Small Claims Assessment Review Program pursuant to Section 730 of the Real Property Tax Law. Pursuant to Section 733 of the Real Property Tax Law, you may seek judicial review of the disqualification of this petition within 30 days of receipt of this notice.

|  |  | FINAL ASSESSMENT ROLL | CLAIMED ASSESSMENT | DECISION BY HEARING OFFICER |
|---|---|---|---|---|
| 2. ☒ Unequal Assessment | Total Assessment | $ 7,920.00 | $ 5,940.00 | $ 6,532.00 |
| 3. ☐ Excessive Assessment | Exempt Amount | $ | $ | $ |
| 4. ☐ No Change in Assessment | Taxable | $ | $ | $ |
| 5. ☐ Settled pursuant to an agreement of both parties. | | $ | $ | $ |

RPTL730   Form #UCS 901, Rev 12/2014                                                                                          Page 2 of 2

COSTS

AWARD OF COSTS (Check if applicable)

☒ Costs of $          30.00          are awarded to the petitioner, to be paid by the assessing unit.

Note to Hearing Officer: If the decision reduces the assessment by 50 percent or more of the claimed reduction in assessment, you MUST award costs of $30.00. If the decision reduces the assessment by less that 50 percent of the claimed reduction in assessment, you MAY award costs of up to $30.00.

NOTICE OF REQUIRED ACTION BY ASSESSING AND TAXING JURISDICTIONS

This decision grants your petition in whole or in part. The assessment will be changed, if possible, before the levy of taxes, or a refund of taxes will be made within 90 days of the date of this decision. Attached is a list of the name(s) of the person(s) or department(s) in this county responsible for taking this action. Compare the names of the taxing jurisdictions listed in PART III of your petition with the name(s) listed in the attachment to determine the appropriate person(s) or department(s) to be contacted, if the need arises.

State below, the findings of fact concerning the assessment, and the basis for your decision.

In consideration of the Petitioners evidence in challenging the current Residential Assessment Ratio ("RAR") of the Village of Freeport, which includes but is not limited to a Residential Assessment To Sale Ratio Study, New York State Property Tax Law, relevant case law, and other supplementary evidence, the existing rate shall be used.

The market valuation date is   1/2/2023          .
The proper level of assessment valuation rate is .99%.

The subject property is presently assessed at $7920 which equates to an assessed market value of $799,193.00. An adjustment is warranted.

The best evidence of market value as of the valuation date are the petitioner's adjusted comps numbers 1 and 4 and the respondent's adjusted comps numbers 2 and 3. When averaged, placing greater weight on those comps which most closely approximate the valuation date, GLA, style and location, such sales reflect a market value of $659,750.00 which equates with an assessed value of $6532.00

Signature

RPTL730  Form #UCS 901, Rev 12/2014

## DECISION OF HEARING OFFICER

Prepare in triplicate. Complete within 30 days of date of hearing. Send one copy to the petitioner's representative or the petitioner if not represented, one copy to the Individual representing the assessing jurisdiction, and the original and one copy to the assessment review clerk.

Date hearing held __02/13/2025__                           Date settled _____

### PART I - CASE IDENTIFICATION

Supreme Court, County of:___NASSAU___ Assessment Review Filing #___ER24700343___ Calendar #_____

Name of owner or owners: Carmelo Lopez, Rowena Lopez

Address: 195 CEDAR ST

City/State/Zip Code: FREEPORT, NY 11520

Assessing Unit: Freeport Village Of

Tax Map#_____Section ___62___ Block ___139___ Lot___0001___

### PART II - DECISION

DISPOSITION - Check 1, 2, 3, 4 or 5
1. [ ] Disqualified (check appropriate box below)
   a.    More than three family
   b.    Not owner-occupied
   c.    Property not used exclusively for residential purposes
   d.    Cooperative
   e.    Condominium, other than a condominium designated as Class I in Nassau County or as a "homestead" in an approved assessing unit
   f.    Did not file with Board of Assessment Review
   g.    Did not file within 30 days of filing of final roll
   h.    Other, state reasons

### NOTICE OF DISQUALIFICATION AND RIGHT TO JUDICIAL REVIEW

If one or more of the reasons set forth in numbers 1a through 1h (above) is checked, this petition did not qualify for review under the Small Claims Assessment Review Program pursuant to Section 730 of the Real Property Tax Law. Pursuant to Section 733 of the Real Property Tax Law, you may seek judicial review of the disqualification of this petition within 30 days of receipt of this notice.

| | | FINAL ASSESSMENT ROLL | CLAIMED ASSESSMENT | DECISION BY HEARING OFFICER |
|---|---|---|---|---|
| 2. [X] Unequal Assessment | Total Assessment | $ 5,903.00 | $ 1.00 | $ 5,638.00 |
| 3. [ ] Excessive Assessment | Exempt Amount | $ | $ | $ |
| 4. [ ] No Change in Assessment | Taxable | $ | $ | $ |
| 5. [ ] Settled pursuant to an agreement of both parties. | | $ | $ | $ |

RPTL730   Form #UCS 901, Rev 12/2014                                                                            Page 2 of 2

COSTS

AWARD OF COSTS (Check if applicable)

☒ Costs of $        30.00             are awarded to the petitioner, to be paid by the assessing unit.

Note to Hearing Officer: If the decision reduces the assessment by 50 percent or more of the claimed reduction in assessment, you MUST award costs of $30.00. If the decision  reduces the assessment by less that  50 percent of the claimed reduction in assessment, you MAY award costs of up to $30.00.

### NOTICE OF REQUIRED ACTION BY ASSESSING AND TAXING JURISDICTIONS

This decision grants your petition in whole or in part.  The assessment will be changed, if possible, before the levy of taxes, or a refund of  taxes will be made within 90 days of the date of this decision.  Attached is a list of the name(s) of the person(s) or department(s) in this county responsible for taking this action. Compare the names of the taxing jurisdictions listed in PART III of your petition with the name(s) listed in the attachment to determine the appropriate person(s) or department(s) to be contacted, if the need arises.

State below, the findings of fact concerning the assessment, and the basis for your decision.

In consideration of the Petitioners evidence in challenging the current Residential Assessment Ratio ("RAR") of the Village of Freeport, which includes but is not limited to a Residential Assessment To Sale Ratio Study, New York State Property Tax Law, relevant case law, and other supplementary evidence, the existing rate shall be used.

The market valuation date is   1/2/2023                .
The proper level of assessment valuation rate is .99%.

The subject property is presently assessed at $5,903  which equates to an assessed market value of $595, 661.00. An adjustment is warranted.

The best evidence of market value as of the valuation date are the petitioner's adjusted comps numbers    1,3 and 5 and the respondent's adjusted comps numbers 2. When averaged, placing greater weight on those comps which most closely approximate the valuation date, GLA, style and location, such sales reflect a market value of $569,500.00 which equates with an assessed value of $5638.00

Signature

RPTL730  Form #UCS 901, Rev 12/2014

## DECISION OF HEARING OFFICER

Prepare in triplicate. Complete within 30 days of date of hearing. Send one copy to the petitioner's representative or the petitioner if not represented, one copy to the Individual representing the assessing jurisdiction, and the original and one copy to the assessment review clerk.

Date hearing held __02/13/2025__                          Date settled _____

### PART I - CASE IDENTIFICATION

Supreme Court, County of: __NASSAU__  Assessment Review Filing # __ER24700342__  Calendar # _____

Name of owner or owners: __Barbara Burkart__

Address: __165 MADISON AVE__

City/State/Zip Code: __FREEPORT, NY 11520__

Assessing Unit: __Freeport Village Of__

Tax Map# _____ Section __54__  Block __204__  Lot __633-635__

### PART II - DECISION

DISPOSITION - Check 1, 2, 3, 4 or 5
1. ☐ Disqualified (check appropriate box below)
   a.   More than three family
   b.   Not owner-occupied
   c.   Property not used exclusively for residential purposes
   d.   Cooperative
   e.   Condominium, other than a condominium designated as Class I in Nassau County or as a "homestead" in an approved assessing unit
   f.   Did not file with Board of Assessment Review
   g.   Did not file within 30 days of filing of final roll
   h.   Other, state reasons

### NOTICE OF DISQUALIFICATION AND RIGHT TO JUDICIAL REVIEW

If one or more of the reasons set forth in numbers 1a through 1h (above) is checked, this petition did not qualify for review under the Small Claims Assessment Review Program pursuant to Section 730 of the Real Property Tax Law. Pursuant to Section 733 of the Real Property Tax Law, you may seek judicial review of the disqualification of this petition within 30 days of receipt of this notice.

|  |  | FINAL ASSESSMENT ROLL | CLAIMED ASSESSMENT | DECISION BY HEARING OFFICER |
|---|---|---|---|---|
| 2. ☒ Unequal Assessment | Total Assessment | $ 5,300.00 | $ 1.00 | $ 4,938.00 |
| 3. ☐ Excessive Assessment | Exempt Amount | $ | $ | $ |
| 4. ☐ No Change in Assessment | Taxable | $ | $ | $ |
| 5. ☐ Settled pursuant to an agreement of both parties. |  | $ | $ | $ |

RPTL730  Form #UCS  901,  Rev 12/2014                                                                 Page 2 of 2

COSTS

AWARD OF COSTS (Check if applicable)

☒ Costs of $ _____30.00_____   are awarded to the petitioner, to be paid by the assessing unit.

Note to Hearing Officer: If the decision reduces theassessment by 50 percent or more of the claimed reduction in assessment, you MUST award costs of $30.00. If the decision  reduces the assessment by less that  50 percent of the claimed reduction in assessment, you MAY award costs of up to $30.00.

NOTICE OF REQUIRED ACTION BY ASSESSING AND TAXING JURISDICTIONS

This decision grants your petition in whole or in part.  The assessment will be changed, if possible, before the levy of taxes, or a refund of  taxes will be made within 90 days of the date of this decision.  Attached is a list of the name(s) of the person(s) or department(s) in this county responsible for taking this action. Compare the names of the taxing jurisdictions listed in PART III of your petition with the name(s) listed in the attachment to determine the appropriate person(s) or department(s) to be contacted, if the need arises.

State below, the findings of fact concerning the assessment, and the basis for your decision.

In consideration of the Petitioners evidence in challenging the current Residential Assessment Ratio ("RAR") of the Village of Freeport, which includes but is not limited to a Residential Assessment To Sale Ratio Study, New York State Property Tax Law, relevant case law, and other supplementary evidence, the existing rate shall be used.

The market valuation date is   1/2/2023                 .
The proper level of assessment valuation rate is .99%.

The subject property is presently assessed at $5,300  which equates to an assessed market value of $534,813.00. An adjustment is warranted.

The best evidence of market value as of the valuation date are the petitioner's adjusted comps numbers 2,3 and 4 and the respondent's adjusted comps numbers 1,2 and 4. When averaged, placing greater weight on those comps which most closely approximate the valuation date, GLA, style and location, such sales reflect a market value of $498,750.00 which equates with an assessed value of $4938.00

Signature

RPTL730   Form #UCS 901, Rev 12/2014

## DECISION OF HEARING OFFICER

Prepare in triplicate. Complete within 30 days of date of hearing. Send one copy to the petitioner's representative or the petitioner if not represented, one copy to the Individual representing the assessing jurisdiction, and the original and one copy to the assessment review clerk.

Date hearing held **02/13/2025**          Date settled _____

### PART I - CASE IDENTIFICATION

Supreme Court, County of: **NASSAU**    Assessment Review Filing # **ER24700341**   Calendar # _____

Name of owner or owners: Anthony Duncan

Address: 9 GERALD AVE

City/State/Zip Code: FREEPORT, NY 11520

Assessing Unit: Freeport Village Of

Tax Map# _____  Section **54**   Block **325**   Lot **6-7,62-63**

### PART II - DECISION

DISPOSITION - Check 1, 2, 3, 4 or 5
1. [ ]  Disqualified (check appropriate box below)
   a.  More than three family
   b.  Not owner-occupied
   c.  Property not used exclusively for residential purposes
   d.  Cooperative
   e.  Condominium, other than a condominium designated as Class I in Nassau County or as a "homestead" in an approved assessing unit
   f.  Did not file with Board of Assessment Review
   g.  Did not file within 30 days of filing of final roll
   h.  Other, state reasons

### NOTICE OF DISQUALIFICATION AND RIGHT TO JUDICIAL REVIEW

If one or more of the reasons set forth in numbers 1a through 1h (above) is checked, this petition did not qualify for review under the Small Claims Assessment Review Program pursuant to Section 730 of the Real Property Tax Law. Pursuant to Section 733 of the Real Property Tax Law, you may seek judicial review of the disqualification of this petition within 30 days of receipt of this notice.

| | | FINAL ASSESSMENT ROLL | CLAIMED ASSESSMENT | DECISION BY HEARING OFFICER |
|---|---|---|---|---|
| 2. [X] Unequal Assessment | Total Assessment | $ 6,808.00 | $ 1.00 | $ 6,308.00 |
| 3. [ ] Excessive Assessment | Exempt Amount | $ | $ | $ |
| 4. [ ] No Change in Assessment | Taxable | $ | $ | $ |
| 5. [ ] Settled pursuant to an agreement of both parties. | | $ | $ | $ |

RPTL730   Form #UCS  901,  Rev 12/2014                                                                                        Page 2 of 2

---

COSTS

AWARD OF COSTS (Check if applicable)

☒ Costs of $ _____30.00_____ are awarded to the petitioner, to be paid by the assessing unit.

Note to Hearing Officer: If the decision reduces the assessment by 50 percent or more of the claimed reduction in assessment, you MUST award costs of $30.00. If the decision  reduces the assessment by less that  50 percent of the claimed reduction in assessment, you MAY award costs of up to $30.00.

NOTICE OF REQUIRED ACTION BY ASSESSING AND TAXING JURISDICTIONS

This decision grants your petition in whole or in part.  The assessment will be changed, if possible, before the levy of taxes, or a refund of  taxes will be made within 90 days of the date of this decision.  Attached is a list of the name(s) of the person(s) or department(s) in this county responsible for taking this action. Compare the names of the taxing jurisdictions listed in PART III of your petition with the name(s) listed in the attachment to determine the appropriate person(s) or department(s) to be contacted, if the need arises.

---

State below, the findings of fact concerning the assessment, and the basis for your decision.

In consideration of the Petitioners evidence in challenging the current Residential Assessment Ratio ("RAR") of the Village of Freeport, which includes but is not limited to a Residential Assessment To Sale Ratio Study, New York State Property Tax Law, relevant case law, and other supplementary evidence, the existing rate shall be used.

The market valuation date is   1/2/2023              .
The proper level of assessment valuation rate is .99%.

The subject property is presently assessed at $6,808  which equates to an assessed market value of $686,983. An adjustment is warranted.

The best evidence of market value as of the valuation date are the petitioner's adjusted comps numbers 2, 3 and  4    and   the respondent's adjusted comps numbers 1 and 3. When averaged, placing greater weight on those comps which most closely approximate the valuation date, GLA, style and location, such sales reflect a market value of $637,250.00 which equates with an assessed value of $6308.00

Signature

RPTL730   Form #UCS 901, Rev 12/2014

## DECISION OF HEARING OFFICER

Prepare in triplicate. Complete within 30 days of date of hearing. Send one copy to the petitioner's representative or the petitioner if not represented, one copy to the Individual representing the assessing jurisdiction, and the original and one copy to the assessment review clerk.

Date hearing held __02/13/2025__                                    Date settled _____

### PART I - CASE IDENTIFICATION

Supreme Court, County of: __NASSAU__    Assessment Review Filing # __ER24700340__    Calendar # _____

Name of owner or owners: __James Magee, Victoria Magee__

Address: __98 E 2ND ST__

City/State/Zip Code: __FREEPORT, NY 11520__

Assessing Unit: __Freeport Village Of__

Tax Map# _____ Section __62__   Block __196__   Lot __0044__

### PART II - DECISION

DISPOSITION - Check 1, 2, 3, 4 or 5
1. [ ]  Disqualified (check appropriate box below)
   a.    More than three family
   b.    Not owner-occupied
   c.    Property not used exclusively for residential purposes
   d.    Cooperative
   e.    Condominium, other than a condominium designated as Class I in Nassau County or as a "homestead" in an approved assessing unit
   f.    Did not file with Board of Assessment Review
   g.    Did not file within 30 days of filing of final roll
   h.    Other, state reasons

### NOTICE OF DISQUALIFICATION AND RIGHT TO JUDICIAL REVIEW

If one or more of the reasons set forth in numbers 1a through 1h (above) is checked, this petition did not qualify for review under the Small Claims Assessment Review Program pursuant to Section 730 of the Real Property Tax Law. Pursuant to Section 733 of the Real Property Tax Law, you may seek judicial review of the disqualification of this petition within 30 days of receipt of this notice.

|  |  | FINAL ASSESSMENT ROLL | CLAIMED ASSESSMENT | DECISION BY HEARING OFFICER |
|---|---|---|---|---|
| 2. [X] Unequal Assessment | Total Assessment | $ 6,886.00 | $ 1.00 | $ 6,175.00 |
| 3. [ ] Excessive Assessment | Exempt Amount | $ | $ | $ |
| 4. [ ] No Change in Assessment | Taxable | $ | $ | $ |
| 5. [ ] Settled pursuant to an agreement of both parties. |  | $ | $ | $ |

RPTL730   Form #UCS 901, Rev 12/2014                                                                                Page 2 of 2

COSTS

AWARD OF COSTS (Check if applicable)

☒ Costs of $ _____30.00_____ are awarded to the petitioner, to be paid by the assessing unit.

Note to Hearing Officer: If the decision reduces the assessment by 50 percent or more of the claimed reduction in assessment, you MUST award costs of $30.00. If the decision reduces the assessment by less that 50 percent of the claimed reduction in assessment, you MAY award costs of up to $30.00.

NOTICE OF REQUIRED ACTION BY ASSESSING AND TAXING JURISDICTIONS

This decision grants your petition in whole or in part. The assessment will be changed, if possible, before the levy of taxes, or a refund of taxes will be made within 90 days of the date of this decision. Attached is a list of the name(s) of the person(s) or department(s) in this county responsible for taking this action. Compare the names of the taxing jurisdictions listed in PART III of your petition with the name(s) listed in the attachment to determine the appropriate person(s) or department(s) to be contacted, if the need arises.

State below, the findings of fact concerning the assessment, and the basis for your decision.

In consideration of the Petitioners evidence in challenging the current Residential Assessment Ratio ("RAR") of the Village of Freeport, which includes but is not limited to a Residential Assessment To Sale Ratio Study, New York State Property Tax Law, relevant case law, and other supplementary evidence, the existing rate shall be used.

The market valuation date is   1/2/2023                .
The proper level of assessment valuation rate is .99%.

The subject property is presently assessed at $6886  which equates to an assessed market value of $694,854.00. An adjustment is warranted.

The best evidence of market value as of the valuation date are the petitioner's adjusted comps numbers 1, 3  and  5 and the respondent's adjusted comps numbers 1 and 2. When averaged, placing greater weight on those comps which most closely approximate the valuation date, GLA, style and location, such sales reflect a market value of $623,733.00 which equates with an assessed value of $6175.00

Signature

RPTL730   Form #UCS 901, Rev 12/2014

## DECISION OF HEARING OFFICER

Prepare in triplicate. Complete within 30 days of date of hearing. Send one copy to the petitioner's representative or the petitioner if not represented, one copy to the Individual representing the assessing jurisdiction, and the original and one copy to the assessment review clerk.

Date hearing held __02/13/2025__                    Date settled _____

### PART I - CASE IDENTIFICATION

Supreme Court, County of:___NASSAU___ Assessment Review Filing #___ER24700339___ Calendar #_____

Name of owner or owners:_Samuel Calhoun Jr, Zelphia Calhoun_

Address:_435 PENNSYLVANIA AVE_

City/State/Zip Code:_FREEPORT, NY 11520_

Assessing Unit:_Freeport Village Of_

Tax Map#_____Section ___36___ Block ___323-01___ Lot___0009___

### PART II - DECISION

DISPOSITION - Check 1, 2, 3, 4 or 5
1. [ ] Disqualified (check appropriate box below)
   a.   More than three family
   b.   Not owner-occupied
   c.   Property not used exclusively for residential purposes
   d.   Cooperative
   e.   Condominium, other than a condominium designated as Class I in Nassau County or as a "homestead" in an approved assessing unit
   f.   Did not file with Board of Assessment Review
   g.   Did not file within 30 days of filing of final roll
   h.   Other, state reasons

### NOTICE OF DISQUALIFICATION AND RIGHT TO JUDICIAL REVIEW

If one or more of the reasons set forth in numbers 1a through 1h (above) is checked, this petition did not qualify for review under the Small Claims Assessment Review Program pursuant to Section 730 of the Real Property Tax Law. Pursuant to Section 733 of the Real Property Tax Law, you may seek judicial review of the disqualification of this petition within 30 days of receipt of this notice.

| | | FINAL ASSESSMENT ROLL | CLAIMED ASSESSMENT | DECISION BY HEARING OFFICER |
|---|---|---|---|---|
| 2. [X] Unequal Assessment | Total Assessment | $ 9,850.00 | $ 7,387.50 | $ 7,623.00 |
| 3. [ ] Excessive Assessment | Exempt Amount | $ | $ | $ |
| 4. [ ] No Change in Assessment | Taxable | $ | $ | $ |
| 5. [ ] Settled pursuant to an agreement of both parties. | | $ | $ | $ |

RPTL730   Form #UCS  901,  Rev 12/2014                                                                                      Page 2 of 2

COSTS

AWARD OF COSTS (Check if applicable)

☒ Costs of $ _____30.00_____ are awarded to the petitioner, to be paid by the assessing unit.

Note to Hearing Officer: If the decision reduces the assessment by 50 percent or more of the claimed reduction in assessment, you MUST award costs of $30.00. If the decision  reduces the assessment by less that  50 percent of the claimed reduction in assessment, you MAY award costs of up to $30.00.

### NOTICE OF REQUIRED ACTION BY ASSESSING AND TAXING JURISDICTIONS

This decision grants your petition in whole or in part.  The assessment will be changed, if possible, before the levy of taxes, or a refund of  taxes will be made within 90 days of the date of this decision.  Attached is a list of the name(s) of the person(s) or department(s) in this county responsible for taking this action. Compare the names of the taxing jurisdictions listed in PART III of your petition with the name(s) listed in the attachment to determine the appropriate person(s) or department(s) to be contacted, if the need arises.

State below, the findings of fact concerning the assessment, and the basis for your decision.

In consideration of the Petitioners evidence in challenging the current Residential Assessment Ratio ("RAR") of the Village of Freeport, which includes but is not limited to a Residential Assessment To Sale Ratio Study, New York State Property Tax Law, relevant case law, and other supplementary evidence, the existing rate shall be used.

The market valuation date is  1/2/2023                 .
The proper level of assessment valuation rate is .99%.

Both parties agreed to a market value of $770,000.00 which equates to an AV of $7623.00.

Signature

RPTL730  Form #UCS 901, Rev 12/2014

## DECISION OF HEARING OFFICER

Prepare in triplicate. Complete within 30 days of date of hearing. Send one copy to the petitioner's representative or the petitioner if not represented, one copy to the Individual representing the assessing jurisdiction, and the original and one copy to the assessment review clerk.

Date hearing held __02/13/2025__                                    Date settled _____

### PART I - CASE IDENTIFICATION

Supreme Court, County of: __NASSAU__    Assessment Review Filing # __ER24700338__   Calendar # _____

Name of owner or owners: __Mayra Abreu-Muniz__

Address: __149 PARK AVE__

City/State/Zip Code: __FREEPORT, NY 11520__

Assessing Unit: __Freeport Village Of__

Tax Map# _____ Section ____54____ Block ____201____ Lot ____0512____

### PART II - DECISION

DISPOSITION - Check 1, 2, 3, 4 or 5
1. ☐ Disqualified (check appropriate box below)
     a.    More than three family
     b.    Not owner-occupied
     c.    Property not used exclusively for residential purposes
     d.    Cooperative
     e.    Condominium, other than a condominium designated as Class I in Nassau County or as a "homestead" in an approved assessing unit
     f.    Did not file with Board of Assessment Review
     g.    Did not file within 30 days of filing of final roll
     h.    Other, state reasons

### NOTICE OF DISQUALIFICATION AND RIGHT TO JUDICIAL REVIEW

If one or more of the reasons set forth in numbers 1a through 1h (above) is checked, this petition did not qualify for review under the Small Claims Assessment Review Program pursuant to Section 730 of the Real Property Tax Law. Pursuant to Section 733 of the Real Property Tax Law, you may seek judicial review of the disqualification of this petition within 30 days of receipt of this notice.

| | | FINAL ASSESSMENT ROLL | CLAIMED ASSESSMENT | DECISION BY HEARING OFFICER |
|---|---|---|---|---|
| 2. ☒ Unequal Assessment | Total Assessment | $ 6,500.00 | $ 1.00 | $ 6,081.00 |
| 3. ☐ Excessive Assessment | Exempt Amount | $ | $ | $ |
| 4. ☐ No Change in Assessment | Taxable | $ | $ | $ |
| 5. ☐ Settled pursuant to an agreement of both parties. | | $ | $ | $ |

RPTL730   Form #UCS  901,  Rev 12/2014                                                                    Page 2 of 2

COSTS

AWARD OF COSTS (Check if applicable)

☒ Costs of $ _____30.00_____   are awarded to the petitioner, to be paid by the assessing unit.

Note to Hearing Officer: If the decision reduces the assessment by 50 percent or more of the claimed reduction in assessment, you MUST award costs of $30.00. If the decision reduces the assessment by less that 50 percent of the claimed reduction in assessment, you MAY award costs of up to $30.00.

NOTICE OF REQUIRED ACTION BY ASSESSING AND TAXING JURISDICTIONS

This decision grants your petition in whole or in part.  The assessment will be changed, if possible, before the levy of taxes, or a refund of taxes will be made within 90 days of the date of this decision.  Attached is a list of the name(s) of the person(s) or department(s) in this county responsible for taking this action. Compare the names of the taxing jurisdictions listed in PART III of your petition with the name(s) listed in the attachment to determine the appropriate person(s) or department(s) to be contacted, if the need arises.

State below, the findings of fact concerning the assessment, and the basis for your decision.

In consideration of the Petitioners evidence in challenging the current Residential Assessment Ratio ("RAR") of the Village of Freeport, which includes but is not limited to a Residential Assessment To Sale Ratio Study, New York State Property Tax Law, relevant case law, and other supplementary evidence, the existing rate shall be used.

The market valuation date is  1/2/2023            .
The proper level of assessment valuation rate is .99%.

The subject property is presently assessed at $6,500  which equates to an assessed market value of $655,903. An adjustment is warranted.

The best evidence of market value as of the valuation date are the petitioner's adjusted comps numbers 1 ,2 and  3   and   the respondent's adjusted comps numbers 1,2 and 3. When averaged, placing greater weight on those comps which most closely approximate the valuation date, GLA, style and location, such sales reflect a market value of $614,333.00 which equates with an assessed value of $6081.00

Signature

RPTL730   Form #UCS 901, Rev 12/2014

## DECISION OF HEARING OFFICER

Prepare in triplicate. Complete within 30 days of date of hearing. Send one copy to the petitioner's representative or the petitioner if not represented, one copy to the Individual representing the assessing jurisdiction, and the original and one copy to the assessment review clerk.

Date hearing held __02/13/2025__                      Date settled _____

### PART I - CASE IDENTIFICATION

Supreme Court, County of: __NASSAU__   Assessment Review Filing # __ER24700336__   Calendar # _____

Name of owner or owners: __Akinola Ogunleye__

Address: __58 HUBBARD AVE__

City/State/Zip Code: __FREEPORT, NY 11520__

Assessing Unit: __Freeport Village Of__

Tax Map# _____ Section ___62___ Block ___105___ Lot ___0332___

### PART II - DECISION

DISPOSITION - Check 1, 2, 3, 4 or 5
1. [ ] Disqualified (check appropriate box below)
    a.   More than three family
    b.   Not owner-occupied
    c.   Property not used exclusively for residential purposes
    d.   Cooperative
    e.   Condominium, other than a condominium designated as Class I in Nassau County or as a "homestead" in an approved assessing unit
    f.   Did not file with Board of Assessment Review
    g.   Did not file within 30 days of filing of final roll
    h.   Other, state reasons

### NOTICE OF DISQUALIFICATION AND RIGHT TO JUDICIAL REVIEW

If one or more of the reasons set forth in numbers 1a through 1h (above) is checked, this petition did not qualify for review under the Small Claims Assessment Review Program pursuant to Section 730 of the Real Property Tax Law. Pursuant to Section 733 of the Real Property Tax Law, you may seek judicial review of the disqualification of this petition within 30 days of receipt of this notice.

| | | FINAL ASSESSMENT ROLL | CLAIMED ASSESSMENT | DECISION BY HEARING OFFICER |
|---|---|---|---|---|
| 2. [X] Unequal Assessment | Total Assessment | $ 5,270.00 | $ 1.00 | $ 4,707.45 |
| 3. [ ] Excessive Assessment | Exempt Amount | $ | $ | $ |
| 4. [ ] No Change in Assessment | Taxable | $ | $ | $ |
| 5. [ ] Settled pursuant to an agreement of both parties. | | $ | $ | $ |

RPTL730   Form #UCS  901,  Rev 12/2014                                                                                          Page 2 of 2

COSTS

AWARD OF COSTS (Check if applicable)

☒ Costs of $ _____30.00_____    are awarded to the petitioner, to be paid by the assessing unit.

Note to Hearing Officer: If the decision reduces theassessment by 50 percent or more of the claimed reduction in assessment, you MUST award costs of $30.00. If the decision  reduces the assessment by less that  50 percent of the claimed reduction in assessment, you MAY award costs of up to $30.00.

NOTICE OF REQUIRED ACTION BY ASSESSING AND TAXING JURISDICTIONS

This decision grants your petition in whole or in part.  The assessment will be changed, if possible, before the levy of taxes, or a refund of  taxes will be made within 90 days of the date of this decision.  Attached is a list of the name(s) of the person(s) or department(s) in this county responsible for taking this action. Compare the names of the taxing jurisdictions listed in PART III of your petition with the name(s) listed in the attachment to determine the appropriate person(s) or department(s) to be contacted, if the need arises.

State below, the findings of fact concerning the assessment, and the basis for your decision.

In consideration of the Petitioners evidence in challenging the current Residential Assessment Ratio ("RAR") of the Village of Freeport, which includes but is not limited to a Residential Assessment To Sale Ratio Study, New York State Property Tax Law, relevant case law, and other supplementary evidence, the existing rate shall be used.

The sale of the subject on 6/29/2022 establishes a market value of $475,500.00
which equates to an AV of 4707.45, when using the already established RAR of .99%.

Signature

RPTL730   Form #UCS 901, Rev 12/2014

## DECISION OF HEARING OFFICER

Prepare in triplicate. Complete within 30 days of date of hearing. Send one copy to the petitioner's representative or the petitioner if not represented, one copy to the Individual representing the assessing jurisdiction, and the original and one copy to the assessment review clerk.

Date hearing held  02/13/2025                          Date settled _____

### PART I - CASE IDENTIFICATION

Supreme Court, County of: __NASSAU__  Assessment Review Filing # __ER24700334__ Calendar # _____

Name of owner or owners: Jessie Sidnez

Address: 122 SAINT MARKS AVE

City/State/Zip Code: FREEPORT, NY 11520

Assessing Unit: Freeport Village Of

Tax Map# _____ Section __62__ Block __142__ Lot __0008__

### PART II - DECISION

DISPOSITION - Check 1, 2, 3, 4 or 5

1. [ ] Disqualified (check appropriate box below)
   a.   More than three family
   b.   Not owner-occupied
   c.   Property not used exclusively for residential purposes
   d.   Cooperative
   e.   Condominium, other than a condominium designated as Class I in Nassau County or as a "homestead" in an approved assessing unit
   f.   Did not file with Board of Assessment Review
   g.   Did not file within 30 days of filing of final roll
   h.   Other, state reasons

### NOTICE OF DISQUALIFICATION AND RIGHT TO JUDICIAL REVIEW

If one or more of the reasons set forth in numbers 1a through 1h (above) is checked, this petition did not qualify for review under the Small Claims Assessment Review Program pursuant to Section 730 of the Real Property Tax Law. Pursuant to Section 733 of the Real Property Tax Law, you may seek judicial review of the disqualification of this petition within 30 days of receipt of this notice.

| | | FINAL ASSESSMENT ROLL | CLAIMED ASSESSMENT | DECISION BY HEARING OFFICER |
|---|---|---|---|---|
| 2. [X] Unequal Assessment | Total Assessment | $ 6,208.00 | $ 1.00 | $ 6,138.00 |
| 3. [ ] Excessive Assessment | Exempt Amount | $ | $ | $ |
| 4. [ ] No Change in Assessment | Taxable | $ | $ | $ |
| 5. [ ] Settled pursuant to an agreement of both parties. | | $ | $ | $ |

RPTL730  Form #UCS  901,  Rev 12/2014                                                                        Page 2 of 2

COSTS

AWARD OF COSTS (Check if applicable)

☒ Costs of $ _____30.00_____ are awarded to the petitioner, to be paid by the assessing unit.

Note to Hearing Officer: If the decision reduces theassessment by 50 percent or more of the claimed reduction in assessment, you MUST award costs of $30.00. If the decision  reduces the assessment by less that  50 percent of the claimed reduction in assessment, you MAY award costs of up to $30.00.

NOTICE OF REQUIRED ACTION BY ASSESSING AND TAXING JURISDICTIONS

This decision grants your petition in whole or in part.  The assessment will be changed, if possible, before the levy of taxes, or a refund of  taxes will be made within 90 days of the date of this decision.  Attached is a list of the name(s) of the person(s) or department(s) in this county responsible for taking this action. Compare the names of the taxing jurisdictions listed in PART III of your petition with the name(s) listed in the attachment to determine the appropriate person(s) or department(s) to be contacted, if the need arises.

State below, the findings of fact concerning the assessment, and the basis for your decision.

In consideration of the Petitioners evidence in challenging the current Residential Assessment Ratio ("RAR") of the Village of Freeport, which includes but is not limited to a Residential Assessment To Sale Ratio Study, New York State Property Tax Law, relevant case law, and other supplementary evidence, the existing rate shall be used.

The market valuation date is   1/2/2023                .
The proper level of assessment valuation rate is .99%.

The subject property is presently assessed at $6208 which equates to an assessed market value of $626,438.00. An adjustment is warranted.

The best evidence of market value as of the valuation date are the petitioner's adjusted comps numbers 3, 4  and  5 and the respondents adjusted comps numbers 1, 2 and 3. When averaged, placing greater weight on those comps which most closely approximate the valuation date, GLA, style and location, such sales reflect a market value of $620,000.00 which equates with an assessed value of $6138.00

Signature

RPTL730  Form #UCS 901, Rev 12/2014

Maidenbaum Property Tax Reduction Grou
Page 1 of 2

## DECISION OF HEARING OFFICER

Prepare in triplicate. Complete within 30 days of date of hearing. Send one copy to the petitioner's representative or the petitioner if not represented, one copy to the Individual representing the assessing jurisdiction, and the original and one copy to the assessment review clerk.

Date hearing held __04/25/2023__  Date decision submitted to clerk __05/23/2023__  Date settled _____

### PART I - CASE IDENTIFICATION

Supreme Court, County of: __NASSAU__  Assessment Review Filing # __ER22700389__  Calendar # __16__

Name of owner or owners: Maricela Gamboa

Address: 15 PIERREPONT ST

City/State/Zip Code: FREEPORT, NY 11520

Assessing Unit: Freeport Village Of

Tax Map# _____ Section __62__  Block __056__  Lot __0009__

### PART II - DECISION

DISPOSITION - Check 1, 2, 3, 4 or 5
1. ☐ Disqualified (check appropriate box below)
   a.   More than three family
   b.   Not owner-occupied
   c.   Property not used exclusively for residential purposes
   d.   Cooperative
   e.   Condominium, other than a condominium designated as Class I in Nassau County or as a "homestead" in an approved assessing unit
   f.   Did not file with Board of Assessment Review
   g.   Did not file within 30 days of filing of final roll
   h.   Other, state reasons

### NOTICE OF DISQUALIFICATION AND RIGHT TO JUDICIAL REVIEW

If one or more of the reasons set forth in numbers 1a through 1h (above) is checked, this petition did not qualify for review under the Small Claims Assessment Review Program pursuant to Section 730 of the Real Property Tax Law. Pursuant to Section 733 of the Real Property Tax Law, you may seek judicial review of the disqualification of this petition within 30 days of receipt of this notice.

| | | | FINAL ASSESSMENT ROLL | CLAIMED ASSESSMENT | DECISION BY HEARING OFFICER |
|---|---|---|---|---|---|
| 2. ☐ | Unequal Assessment | Total Assessment | $ | $ | $ |
| 3. ☒ | Excessive Assessment | Exempt Amount | $ 5,670.00 | $ 1.00 | $ 5,617.00 |
| 4. ☐ | No Change in Assessment | Taxable | $ | $ | $ |
| 5. ☐ | Settled pursuant to an agreement of both parties. | | $ | $ | $ |

RPTL730  Form #UCS 901, Rev 12/2014                                                                                                    Page 2 of 2

## COSTS

AWARD OF COSTS (Check if applicable)
☒ Costs of $ _____30.00_____ are awarded to the petitioner, to be paid by the assessing unit.

Note to Hearing Officer: If the decision reduces theassessment by 50 percent or more of the claimed reduction in assessment, you MUST award costs of $30.00. If the decision reduces the assessment by less that 50 percent of the claimed reduction in assessment, you MAY award costs of up to $30.00.

### NOTICE OF REQUIRED ACTION BY ASSESSING AND TAXING JURISDICTIONS

This decision grants your petition in whole or in part. The assessment will be changed, if possible, before thelevy of taxes, or a refund of taxes will be made within 90 days of the date of this decision. Attached is a list of the name(s) of the person(s) or department(s) in this county responsible for taking this action. Compare the names of the taxing jurisdictions listed in PART III of your petition with the name(s) listed in the attachment to determine the appropriate person(s) or department(s) to be contacted, if the need arises.

State below, the findings of fact concerning the assessment, and the basis for your decision.

At the outset of Hearings held on April 25, 2023, testimony was heard as to why the RAR of .0132 established by ORPS for the Village of Freeport was incorrect. Respondent offered testimony as to why the RAR of .0132 established by ORPS was correct. The Hearing Officer took full notice of those arguments during the Hearing.
A Petitioner who establishes a value less than the equalized value is entitled to have the assessed value of their property reduced to an amount determined by multiplying the market value by the RAR to be applied. A Petitioner who fails to establish a value less than the equalized value is not entitled to a reduction and the challenge must be denied.

After a renewed review of Petitioners presentation, ration studies, Cases and all other testimony and materials, I reject Petitioner's request to establish an RAR of .0100 rather than utilize the RAR established by ORPS for Freeport of a factor .0132 of Full Market Value.
The Ratio Studies commissioned by Petitioner's representatives which were used in support of a factor of .0100 as the RAR, were accorded no more ïight than the RAR of .0132 established by ORPS.

The presumption of regularity relied upon by Respondent in its testimony at the Hearing and in the Memorandum of Law earlier submitted by the Respondent is of long standing and broad application.

" '[I]n the absence of clear evidence to the contrary, courts presume that [Government agents] have properly discharged their official duties.' "; United States v. Chemical Foundation, Inc., 272 U. S. 1, 14–15 (1926) "The presumption of regularity supports the official acts of public officers and, in the absence of clear evidence to the contrary, courts presume that they have properly discharged their official duties". Nat'l Archives and Records Admin. v. Favish, 541 U.S. 157, 174 ( 2004).

Thus, In reaching this conclusions I take notice of the presumption of regularity accorded to government entities that perform the duties and obligations mandated by the Legislature.

ORPS is the agency charged by the Legislature with determining this ratio and has published guidelines and procedures.

Thus, I conclude that the RAR of .0132 for the applicable tax year will be utilized in determining the instant case.

The Petitioner submitted five comparable sales in support of the contentions contained in the Petition; all were adjusted as to value to reconcile differences between the comparables and the subject property, which adjustments the Hearing Officer found credible. Respondent likewise submitted four comparable property sales, all of which were similarly adjusted and which adjustments were found credible.

Applying the appropriate RAR as outlined above, the Petitioner did not demonstrate that a reduction in the assessed valuation of the subject property was warranted.
Petition Denied.

Signature  _Paul Kutscera_

Name and Address of Hearing Officer

**PAUL KUTSCERA**
**NASSAU COUNTY SUPREME COURT**
**100 SUPREME COURT DRIVE**
**MINEOLA, NY 11501**