AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Robert T. Kennedy, Mayor of the Incorporated Village of Freeport, in his official and personal capacity, the Incorporated Village of Freeport, and the Incorporated Village of Freeport Board of Trustees, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No. |
| v. | ) ) | |
| The State of New York, The New York State Senate and The New York State Assembly, | ) ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

THE NEW YORK STATE SENATE
c/o Office of the New York State Attorney General
The Capitol
Albany, New York 12224
See Rider "A" for a listing of all service addresses

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith M. Corbett, Esq.
Harris Beach Murtha Cullina, PLLC
333 Earle Ovington Blvd., Suite 901
Uniondale, New York 11553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  09/29/2025

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*



_____
*Server's address*

Additional information regarding attempted service, etc:

**Official Caption**

ROBERT T. KENNEDY, MAYOR OF THE INCORPORATED VILLAGE OF FREEPORT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, THE INCORPORATED VILLAGE OF FREEPORT, and THE INCORPORATED VILLAGE OF FREEPORT BOARD OF TRUSTEES,

               Plaintiffs,


      -against-


THE STATE OF NEW YORK, THE NEW YORK STATE SENATE, AND THE NEW YORK STATE ASSEMBLY,


               Defendants.

## RIDER "A" TO SUMMONS

### LISTING SERVICE ADDRESSES FOR ALL DEFENDANTS

THE STATE OF NEW YORK
c/o Office of the New York State Attorney General
The Capitol
Albany, New York 12224

THE NEW YORK STATE SENATE
c/o Office of the New York State Attorney General
The Capitol
Albany, New York 12224

AND

Antionio Delgado
President of the Senate
New York State Senate
State Capitol Building
Albany, New York 12247

 THE NEW YORK STATE ASSEMBLY
c/o Office of the New York State Attorney General
The Capitol
Albany, New York 12224

AND

Carl E. Heastie
Speaker of the New York State Assembly
New York State Assembly
State Capitol
Albany, New York 12224